# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MARCELLA JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>BLUESTEM BRANDS, INC. dba FINGERHUT,<br><br>    Defendant. | Case No. 2:17-cv-01094-JAM-KJN<br>*Assigned to John A. Mendez.; Referred to Magistrate Judge Kendall J. Newman*<br><br>**ORDER GRANTING STIPULATION TO CONTINUE MEET AND CONFER AND RULE 26(f) REPORT DEADLINE TO AUGUST 21, 2017**<br><br>Complaint Filed:     May 25, 2017<br>Responsive Pleading Due:   August 7, 2017 |

Pursuant to the Stipulation to Continue Meet and Confer and Rule 26(f) Report Deadline to August 21, 2017 filed by the Parties on August 7, 2017, it is hereby ordered that the Parties' request is **GRANTED**. The deadline to meet and confer and submit a Rule 26(f) joint report and discovery plan set forth in the Court's Order entered on May 25, 2017 is hereby continued to August 21, 2017.

**IT IS SO ORDERED**

DATE: 8/7/2017                                /s/ John A. Mendez_____
                                                         Hon. John A. Mendez,
                                                         U. S. District Court Judge