IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARCELLA JOHNSON,** | § |
| | § |
| Plaintiff, | §   Civil Action No. 2:17-cv-01094-JAM-KJN |
| | § |
| v. | § |
| | § |
| **BLUESTEM BRANDS, INC. D/B/A FINGERHUT,** | § |
| | § |
| Defendant. | § |
| | § |

### NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

RESPECTFULLY SUBMITTED,

DATED: March 30, 2018

By: /s/ Amy L. Bennecoff Ginsburg
Amy L. Bennecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Tel: 215-540-8888
Fax: 215-540-8817
aginsburg@creditlaw.com

Attorney for the Plaintiff

## **CERTIFICATE OF SERVICE**

       I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Elsa M. Bullard, Esq.
Faegre Baker Daniels LLP
90 S. Seventh St, Suite 2200
Minneapolis, MN 55402-3901
Phone: 612-766-7574
Fax: 612-766-1600
Email: Elsa.Bullard@FaegreBD.com

Hunter Randolph Eley, Esq.
Doll Amir & Eley LLP
1888 Century Park East
Suite 1850
Los Angeles, CA 90067
310-557-9100
Fax: 310-557-9101
Email: heley@dollamir.com
Attorneys for Defendant


Dated: March 30, 2018                By: /s/ Amy L. Bennecoff Ginsburg
                                          Amy L. Bennecoff Ginsburg, Esq.
                                          Kimmel & Silverman, P.C.
                                          30 E. Butler Avenue
                                          Ambler, PA 19002
                                          Tel: 215-540-8888
                                          Fax: 215-540-8817
                                          aginsburg@creditlaw.com