# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELLA JOHNSON, | § |
| Plaintiff, | §  Civil Action No. 2:17-cv-01094-JAM-KJN |
| v. | § |
| BLUESTEM BRANDS, INC. d/b/a FINGERHUT, | § |
| Defendant. | § |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and each side will bear its own fees and costs.

*/s/ Elsa M. Bullard*  
Elsa M. Bullard, Esq.  
Faegre Baker Daniels LLP  
90 S. Seventh St, Suite 2200  
Minneapolis, MN 55402-3901  
Phone: 612-766-7574  
Fax: 612-766-1600  
Email: Elsa.Bullard@FaegreBD.com  
Attorney for the Defendant  

Date: May 18, 2018

*/s/ Amy L. Bennecoff Ginsburg*  
Amy L. Bennecoff Ginsburg, Esq.  
Kimmel & Silverman, P.C.  
30 East Butler Pike  
Ambler, PA 19002  
Phone: (215) 540-8888  
Fax: (877) 788-2864  
Email: aginsburg@creditlaw.com  
Attorney for the Plaintiff  

Date: May 18, 2018

BY THE COURT:

_____  
J.

## Certificate of Service

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 18th day of May, 2018:

Elsa M. Bullard, Esq.
Faegre Baker Daniels LLP
90 S. Seventh St, Suite 2200
Minneapolis, MN 55402-3901
Phone: 612-766-7574
Fax: 612-766-1600
Email: Elsa.Bullard@FaegreBD.com

Hunter Randolph Eley, Esq.
Doll Amir & Eley LLP
1888 Century Park East
Suite 1850
Los Angeles, CA 90067
Phone: 310-557-9100
Fax: 310-557-9101
Email: heley@dollamir.com
Attorneys for Defendant

*/s/ Amy L. Bennecoff Ginsburg*
Amy L. Bennecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864
Email: aginsburg@creditlaw.com
Attorney for the Plaintiff